UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBBINS GELLER RUDMAN<br>& DOWD LLP<br>655 West Broadway<br>Suite 1900<br>San Diego, CA 92101<br><br>   Plaintiff,<br><br>  v.<br><br>U.S. SECURITIES AND EXCHANGE<br>COMMISSION<br>100 F Street N.E.<br>Washington, D.C. 20549<br><br>   Defendant. | 1:20-cv-01537-RC |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Robbins Geller Rudman & Dowd LLP, and Defendant, U.S. Securities and Exchange Commission stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this action be dismissed with prejudice. Each party will bear its own costs and attorneys' fees.

Respectfully submitted this 14th day of August, 2020.

*/s/* Stephen R. Astley
Stephen R. Astley (DC Bar No. 468395)
Robbins Geller Rudman & Dowd LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
(561) 750-3000
sastley@rgrdlaw.com

***Attorney for Plaintiff***
***Robbins Geller Rudman & Dowd LLP***

*/s/* Mark R. Tallarico
Mark Tallarico (PA Bar No. 88324)
U.S. Securities and Exchange Commission
100 F Street N.E.
Washington, DC 20549
(202) 551-5132
tallaricom@sec.gov

***Attorney for Defendant***
***U.S. Securities and Exchange Commission***

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on August 14, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that the following counsel was served via e-mail:

Mark Tallarico
U.S. Securities and Exchange Commission
100 F Street N.E.
Washington, DC 20549
(202) 551-5132
tallaricom@sec.gov

                                                     s/ *Stephen R. Astley*
                                                    STEPHEN R. ASTLEY

                                       ROBBINS GELLER RUDMAN
                                           & DOWD LLP
                                       Stephen R. Astley (DC Bar No. 468395)
                                       Robbins Geller Rudman & Dowd LLP
                                       120 East Palmetto Park Road, Suite 500
                                       Boca Raton, FL 33432
                                       (561) 750-3000
                                       sastley@rgrdlaw.com